AO 120 (Rev. 08/10) (CAND version 7/18)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450<br>**Do not mail; see e-filing instructions at bottom of page.** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the Northern District of California** on the following ...

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:21-cv-5078 | DATE FILED<br>6/30/2021 | U.S. DISTRICT COURT<br>for the Northern District of California |
|---|---|---|
| PLAINTIFF<br>AT&T Corp., AT&T Services, Inc., and AT&T Mobility LLC | | DEFENDANT<br>VoIP-Pal.com, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,630,234 | 1/14/2014 | VoIP-Pal.com, Inc. |
| 2 | 10,880,721 | 12/29/2020 | VoIP-Pal.com, Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

| CLERK<br>Susan Y. Soong | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**E-filing instructions: Please save and e-file in CM/ECF under Other Filings > Other Documents > Patent/Trademark Report.**