UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>VOIP-PAL.COM, INC.,<br><br>             Defendant. | Case No. 5:21-cv-09773-EJD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable James Donato for consideration of whether the case is related to 21-cv-5078-JD.

**IT IS SO ORDERED.**

Dated: January 10, 2022

_____
EDWARD J. DAVILA
United States District Judge